

# FELICIA PITRE
## DALLAS COUNTY DISTRICT CLERK

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/11/2015 2:26:13 PM
LISA MATZ
Clerk

VIRGINIA ETHERLY
CHIEF DEPUTY

LISA MATZ                                                    August 11, 2015
Clerk of the Court, Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

| | |
|---|---|
| TRIAL COURT CAUSE NO.: | DC-14-05965 |
| COURT OF APPEAL CASE NO.: | 05-15-00942-CV |
| | |
| APPELLANT: | Christopher Kollack & Douglas F Atkinson |
| APPELLEE: | Caliber Home Loans Inc., et al |
| | |
| APPELLANT ATTORNEY: | Michael K Russell |
| | Michael K Russell Attorney at Law |
| SBOT NO.: | 17420700 |
| ADDRESS: | 1008 W Pioneer Pkwy. |
| | Arlington, Texas 76013 |
| | |
| TELEPHONE NUMBER: | 817-860-5563 |
| FAX NUMBER: | 817-265-7713 |

**Dear Ms. Matz:**

In reference to the above styled and numbered cause, The District Clerk is asking for a ***30 DAY EXTENSION*** due to the short notice of the Notice of Appeal.

FELICIA PITRE
District Clerk
Dallas County, Texas
By Bridgette Vation, Deputy

6 0 0  COMMERCE  STREET    DALLAS, TEXAS  75202  (214) - 653 - 7301
FAX (214) - 653 - 6634   e-mail: gfitzsimmons@dallascounty.org
web site: www.dallascounty.org/distclerk/index.html